**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ROCK CAPITAL MARKETS, LLC, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>              Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK AG, and JOHN DOES 1-50,<br><br>              Defendants. | Case No. 1:20-cv-03638<br><br>Hon. Joan B. Gottschall |
| CHARLES HERBERT PROCTOR, III, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>              Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK AG, and JOHN DOES 1-50,<br><br>              Defendants. | Case No. 1:20-cv-03821<br><br>Hon. Joan B. Gottschall |
| ROBERT CHARLES CLASS A, L.P., ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>              Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., and JOHN DOES 1-50,<br><br>             Defendants. | Case No. 1:20-cv-03913<br><br>Hon. Joan B. Gottschall |

1

| | |
|---|---|
| DAVID VECCHIONE, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>     Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK AG, and JOHN DOES 1-50,<br><br>     Defendants. | Case No. 1:20-cv-04303<br><br>Hon. Joan B. Gottschall |
| TODD ROWAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>     Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC., DEUTSCHE BANK AG and JOHN DOES 1-50,<br><br>     Defendants. | Case No. 1:20-cv-04353<br><br>Hon. Joan B. Gottschall |

**JOINT STATUS REPORT**

  Plaintiffs Rock Capital Markets LLC ("Rock Capital"), Charles Herbert Proctor, III, Robert Charles Class A, L.P., David Vecchione, and Todd Rowan, (collectively, "Plaintiffs") and Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. (collectively, "Defendants" and, with Plaintiffs, the "Parties"), pursuant to the Orders of the Court in the five above-captioned related actions ("Related Actions") hereby submit this Joint Status Report.

  1.  On August 6, 2020, the Court ordered the Parties to submit a Joint Status Report with (1) a proposed schedule for filing a consolidated complaint and responding to it, and (2) any other ideas relating to consolidation which the parties wish to express. *See Rock Capital Markets, LLC v. Deutsche Bank Securities Inc., et al.*, 1:20-cv-03638, ECF No. 18 (N.D. Ill. Aug. 6. 2020). *See also Charles Herbert Proctor, III v. Deutsche Bank Securities Inc., et al.*, 1:20-cv-03821 (ECF

2

No. 9); *Robert Charles Class A, L.P. v. Deutsche Bank Securities Inc., et al.*, 1:20-cv-03913 (ECF No. 7); *David Vecchione v. Deutsche Bank Securities Inc., et al.*, 1:20-cv-04303 (ECF No. 9); *Todd Rowan v. Deutsche Bank Securities, Inc., et al.*, 1:20-cv-04353 (ECF No. 6).

2. The Parties have met and conferred and propose the following initial schedule, including consolidation of the Related Actions.

3. The Parties agree and propose that the Related Actions be consolidated for all purposes under Rule 42(a) of the Federal Rules of Civil Procedure (collectively, the "Consolidated Action").

4. The Parties agree and propose that all filings in the Consolidated Action should be made in the docket of the lowest numbered case, 1:20-cv-03638, only, that the remaining dockets should be administratively closed, and the Consolidated Action should be re-captioned as follows:

| IN RE DEUTSCHE BANK SPOOFING LITIGATION | Case No. 1:20-cv-03638 <br> Hon. Joan B. Gottschall |
|---|---|

5. Counsel for Plaintiffs in the Related Actions have conferred and propose that the law firms of Cafferty Clobes Meriwether & Sprengel LLP and Lowey Dannenberg, P.C. be appointed as interim co-lead class counsel. Cafferty Clobes Meriwether & Sprengel LLP and Lowey Dannenberg, P.C. are prepared to file a motion in support of their appointment as interim co-lead class counsel by Monday, August 31, 2020.

6. While Defendants take no position as to who should be appointed as interim lead class counsel, the Parties agree and propose that interim lead class counsel for Plaintiffs and the Proposed Class should be appointed prior to the filing of a consolidated complaint.

7. The Parties agree and propose that Plaintiffs' Consolidated Complaint should be filed on or by October 30, 2020.

8. The parties further agree and propose that Defendants should answer, move to dismiss, or otherwise respond to the Consolidated Complaint on or by December 18, 2020. If one or more of the Defendants moves to dismiss, Plaintiffs should then respond on or by February 12, 2021, and Defendants should then file a reply in further support of their motion(s) on or by March 19, 2021.

9. By joining this status report, none of the Parties waives any rights, defenses (including without limitation defenses as to standing and jurisdiction), arguments or positions and all Parties expressly reserve all such rights (including without limitation defenses as to standing and jurisdiction).

Dated: August 24, 2020  Respectfully submitted,

| | |
|---|---|
| /s/ *Jeffrey H. Knox* | /s/ *Anthony F. Fata* |
| **SIMPSON THACHER & BARTLETT LLP** | **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** |
| Jeffrey H. Knox | Anthony F. Fata |
| Abram J. Ellis | Jennifer W. Sprengel |
| Karen Porter | Brian P. O'Connell |
| 900 G Street, N.W. | Kaitlin Naughton |
| Washington, D.C. 20001 | 150 S. Wacker, Suite 3000 |
| (202) 636-5579 | Chicago, IL 60606 |
| *Counsel for Deutsche Bank AG\* and Deutsche Bank Securities Inc.\*\** | Tel.: 312-782-4880 |
| *\*Joining only as to Rock Capital Markets, LLC* | Email: afata@caffertyclobes.com |
| | jsprengel@caffertyclobes.com |
| | boconnell@caffertyclobes.com |
| | knaughton@caffertyclobes.com |
| *\*\* Joining only as to Rock Capital Markets, LLC and Robert Charles Class* | *Counsel for Plaintiff Rock Capital Markets, LLC and Liaison Counsel for Plaintiff Charles Herbert Proctor, III, and Plaintiff Todd Rowan* |

4

/s/ *Vincent Briganti*
**LOWEY DANNENBERG, P.C.**
Vincent Briganti
Raymond P. Girnys
Peter A. Barile III
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Email: vbriganti@lowey.com
rgirnys@lowey.com
pbarile@lowey.com

*Counsel for Plaintiff Rock Capital Markets, LLC and Plaintiff Todd Rowan*

/s/ *Karen M. Lerner*
**KIRBY MCINERNEY LLP**
Karen M. Lerner
David E. Kovel
Anthony E. Maneiro
250 Park Avenue, Suite 820
Tel.: 212-371-6600
Email: klerner@kmllp.com
dkovel@kmllp.com
amaneiro@kmllp.com

*Counsel for Plaintiff Charles Herbert Proctor, III*

/s/ *George A. Zelcs*
**KOREIN TILLERY LLC**
George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Chad E. Bell (Ill. Bar No. 6289034)
205 North Michigan Plaza, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750
Facsimile: (312) 641-9751

/s/ *Christopher M. Burke*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Christopher M. Burke
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Facsimile: (619) 233-0508
Email: cburke@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Thomas K. Boardman
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 233-6444
Facsimile: (212) 233-6334
Email: tboardman@scott-scott.com

**LOUIS F. BURKE PC**
Louis F. Burke
460 Park Avenue
New York, NY 10022
Tel.: (212) 682-1700
Email: lburke@lfblaw.com

*Counsel for Plaintiff Robert Charles Class A, L.P.*

 /s/ *Steven A. Kanner*
**FREED KANNER LONDON & MILLEN LLC**
Steven A. Kanner
Douglas A. Millen
Brian M. Hogan
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Facsimile: (224) 632-4521
skanner@fklmlaw.com
dmillen@fklmlaw.com
bhogan@fklmlaw.com

*Counsel for Plaintiff David Vecchione*

 /s/ *Joshua H. Grabar*
**GRABAR LAW OFFICE**
Joshua H. Grabar, Esq.
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (267) 507-6085
Email: jgrabar@grabarlaw.com

6

**EDELSON LECHTZIN LLP**
Marc H. Edelson, Esq.
Edelson Lechtzin LLP
3 Terry Drive, Suite 205
Newtown, PA 18940
Tel.: (215) 867-2399
Email: medelson@edelson-law.com

*Counsel for Plaintiff Todd Rowan*

## **CERTIFICATE OF SERVICE**

      I, Anthony F. Fata, an attorney, hereby certify that on August 24, 2020, service of the foregoing ***Joint Status Report*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                        *s/   Anthony F. Fata*
                                        Anthony F. Fata