IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE DEUTSCHE BANK SPOOFING LITIGATION | Case No. 1:20-cv-03638 <br><br> Hon. Joan B. Gottschall |

**PLAINTIFFS' AGREED MOTION FOR
APPOINTMENT OF INTERIM CO-LEAD COUNSEL**

Plaintiffs in the above-captioned Consolidated Action unanimously move to appoint Cafferty Clobes Meriwether & Sprengel LLP ("Cafferty") and Lowey Dannenberg P.C. ("Lowey") as Interim Co-Lead Counsel under Federal Rule of Civil Procedure 23(g). Counsel for Plaintiffs in the Consolidated Action all agree to the motion to appoint Cafferty and Lowey as Interim Co-Lead Counsel.[1]

Attached hereto as **Exhibit A** is a true and correct copy of the firm résumé of Cafferty.

Attached hereto as **Exhibit B** is a true and correct copy of the firm résumé of Lowey.

WHEREFORE, Plaintiffs respectfully move for an Order appointing Cafferty and Lowey as Interim Co-Lead Counsel under Federal Rule of Civil Procedure 23(g), and for such further relief as the Court deems necessary and just.

---

[1] Defendants take no position as to who should be appointed as Interim Co-Lead Counsel.

Dated: August 31, 2020                      Respectfully submitted,

/s/ *Anthony F. Fata*
**CAFFERTY CLOBES MERIWETHER**
  **& SPRENGEL LLP**
Anthony F. Fata
Jennifer W. Sprengel
Brian P. O'Connell
Kaitlin Naughton
150 S. Wacker, Suite 3000
Chicago, IL 60606
Tel.: 312-782-4880
Email: afata@caffertyclobes.com
jsprengel@caffertyclobes.com
boconnell@caffertyclobes.com
knaughton@caffertyclobes.com

*Counsel for Plaintiff Rock Capital Markets, LLC and Liaison Counsel for Plaintiff Charles Herbert Proctor, III, and Plaintiff Todd Rowan*

/s/ *Vincent Briganti*
**LOWEY DANNENBERG, P.C.**
Vincent Briganti
Raymond P. Girnys
Peter A. Barile III
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Email: vbriganti@lowey.com
rgirnys@lowey.com
pbarile@lowey.com

*Counsel for Plaintiff Rock Capital Markets, LLC and Plaintiff Todd Rowan*

[*signature block continued on next page*]

/s/ *Karen M. Lerner*
**KIRBY MCINERNEY LLP**
Karen M. Lerner
David E. Kovel
Anthony E. Maneiro
250 Park Avenue, Suite 820
Tel: 212-371-6600
Email: klerner@kmllp.com
dkovel@kmllp.com
amaneiro@kmllp.com

*Counsel for Plaintiff Charles Herbert Proctor, III*

/s/ *George A. Zelcs*
**KOREIN TILLERY LLC**
George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Chad E. Bell (Ill. Bar No. 6289034)
205 North Michigan Plaza, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

/s/ *Christopher M. Burke*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Christopher M. Burke
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: cburke@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Thomas K. Boardman
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 233-6444
Facsimile: (212) 233-6334
Email: tboardman@scott-scott.com

**LOUIS F. BURKE PC**
Louis F. Burke
460 Park Avenue
New York, NY 10022
Telephone: (212) 682-1700
Email: lburke@lfblaw.com

*Counsel for Plaintiff Robert Charles Class A, L.P.*

 /s/ *Steven A. Kanner*
**FREED KANNER LONDON & MILLEN LLC**
Steven A. Kanner
Douglas A. Millen
Brian M. Hogan
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
skanner@fklmlaw.com
dmillen@fklmlaw.com
bhogan@fklmlaw.com

*Counsel for Plaintiff David Vecchione*

 /s/ *Joshua H. Grabar*
**GRABAR LAW OFFICE**
Joshua H. Grabar, Esq.
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (267) 507-6085
Email: jgrabar@grabarlaw.com

**EDELSON LECHTZIN LLP**
Marc H. Edelson, Esq.
Edelson Lechtzin LLP
3 Terry Drive, Suite 205
Newtown, PA 18940
Tel.: (215) 867-2399
Email: medelson@edelson-law.com

*Counsel for Plaintiff Todd Rowan*

4

## **CERTIFICATE OF SERVICE**

      I, Anthony F. Fata, an attorney, hereby certify that on August 31, 2020, service of the foregoing ***Plaintiffs' Agreed Motion for Appointment of Interim Co-Lead Counsel*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                            *s/   Anthony F. Fata*
                                            Anthony F. Fata