# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Rock Capital Markets, LLC, et al.

                      Plaintiff,

v.                                       Case No.: 1:20−cv−03638

                                       Honorable Joan B. Gottschall

Deutsche Bank Securities Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 4, 2022:

      MINUTE entry before the Honorable Joan B. Gottschall: The parties have submitted a proposed schedule for limited jurisdictional discovery. They propose closing limited discovery "60 Days After Limited Jurisdictional Discovery Has Been Substantially Completed." It is not clear to the court what is meant by "substantially completed" in this context. The court will therefore forego setting a specific jurisdictional discovery cutoff date at this time. As the parties propose, plaintiffs have until and including 8/18/2022 to serve jurisdictional discovery requests upon defendants. Motions for entry of a protective order (joint or competing) must be filed on or before 8/18/2022. Since some of the remaining proposed deadlines are relative to the entry of a protective order, additional discovery deadlines will be set with the court's ruling on the expected motion(s) for protective order. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.