**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE DEUTSCHE BANK SPOOFING LITIGATION | Case No. 1:20-cv-03638<br><br>Hon. Joan B. Gottschall |

**JOINT MOTION FOR ENTRY OF REVISED PROTECTIVE ORDER**

Plaintiffs Rock Capital Markets, LLC; Charles Herbert Proctor, III; Robert Charles Class A, L.P.; David Vecchione; Todd Rowan; and Atlantic Trading USA, LLC (collectively, "Plaintiffs") and Defendants Deutsche Bank AG; and Deutsche Bank Securities Inc. (collectively, "Defendants" and together with Plaintiffs, "Parties"), by and through their attorneys of record, and pursuant to FED. R. CIV. P. 26(c), respectfully request that this Court grant the Parties' Joint Motion for Entry of Revised Protective Order. In support thereof, the Parties state as follows:

1. Plaintiffs allege violations of the Commodity Exchange Act, 7 U.S.C. §§ 1, *et seq.* (the "CEA"), and the common law.

2. On July 20, 2022, the Court issued an order (Dkt. No. 61) permitting Plaintiffs to conduct limited jurisdictional discovery.

3. Accordingly, Parties met and conferred and submitted the Joint Limited Discovery Plan and Scheduling Order Under Rule 16(b) on August 3, 2022 (the "Discovery Plan"). *See* Dkt. No. 62.

4. Pursuant to the Discovery Plan, the Parties anticipate that the production of information and documents in this action may include disclosure of trade secrets and/or confidential research, development, or commercial information within the meaning of FED. R. CIV. P. 26(c).

5. A protective order is just and reasonable to adequately protect the Parties from disclosure of protected or confidential information, including trade secrets and other confidential commercial information.

6. On August 18, 2022, the Parties emailed a proposed confidentiality protective order to the Court.

7. On September 12, 2022, the Court entered a minute order requesting the Parties file a revised proposed confidentiality order and motion in support thereof by September 26, 2022 (Dkt. No. 66).

8. The Parties respond as follows to the Court's September 12, 2022 order:

   a. The Parties have re-inserted model ¶ 2, the definition of "Confidential Information," in its entirety and removed all previously added language;

   b. The Parties removed their creation of a separate category of "Highly Confidential Information" and subsequently removed all references to "Highly Confidential" throughout;

   c. The Parties removed proposed ¶ 4(c) regarding designation of "Investigation Materials" as confidential;

   d. The Parties have re-inserted model ¶ 8 in its entirety and removed all previously added language.

9. The Parties jointly move for entry of the revised protective order, per the Court's modifications, attached hereto as Exhibit 1.

10. The original proposed protective order is modeled from the Northern District of Illinois' Model Confidentiality Order. The deletions and modifications to the original proposed protective order are redlined for this Court's review and consideration, attached hereto as Exhibit 2.

11.     Given the Parties' responses to this Court's September 12, 2022, Order and the Parties' motion, the Parties therefore respectfully request that the revised proposed protective order be entered to protect the confidentiality of the information, documents, and materials produced in this matter.

**WHEREFORE**, the Parties, by and through their attorneys of record, respectfully request that the submitted Proposed Agreed Protective Order (Exhibit 1) be entered.

September 26, 2022
Respectfully submitted,

| | |
|---|---|
| */s/ Vincent Briganti* | */s/ Anthony F. Fata* |
| Vincent Briganti (*pro hac vice*) | Anthony F. Fata |
| Raymond P. Girnys (*pro hac vice*) | Anthony E. Maneiro |
| Peter A. Barile III (*pro hac vice*) | **KIRBY McINERNEY LLP** |
| **LOWEY DANNENBERG P.C.** | 211 West Wacker Drive, Suite 550 |
| 44 South Broadway, Suite 1100 | Chicago, IL 60606 |
| White Plains, NY 10601 | Tel.: (312) 767-5180 |
| Telephone: (914) 997-0500 | Afata@kmllp.com |
| vbriganti@lowey.com | Amaneiro@kmllp.com |
| rgirnys@lowey.com | |
| pbarile@lowey.com | Karen M. Lerner (*pro hac vice*) |
| | David E. Kovel (*pro hac vice*) |
| | **KIRBY McINERNEY LLP** |
| | 250 Park Avenue, Suite 820 |
| | New York, NY 10177 |
| | Tel.: (212) 371-6600 |
| | Klerner@kmllp.com |
| | Dkovel@kmllp.com |

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

| | |
|---|---|
| George A. Zelcs | Jennifer W. Sprengel |
| Randall P. Ewing, Jr. | **CAFFERTY CLOBES MERIWETHER &** |
| Chad E. Bell | **SPRENGEL LLP** |
| **KOREIN TILLERY LLC** | 135 S. LaSalle, Suite 3210 |
| 205 North Michigan Plaza, Suite 1950 | Chicago, IL 60603 |
| Chicago, IL 60601 | Telephone: (312) 782-4880 |
| Telephone: (312) 641-9750 | Facsimile: (312) 782-4485 |
| Facsimile: (312) 641-9751 | jsprengel@caffertyclobes.com |
| gzelcs@koreintillery.com | |
| rewing@koreintillery.com | |
| cbell@koreintillery.com | |
| | |
| Christopher M. Burke | Steven A. Kanner |
| **SCOTT+SCOTT** | Douglas A. Millen |
| **ATTORNEYS AT LAW LLP** | Brian M. Hogan |
| 600 W. Broadway, Suite 3300 | **FREED KANNER LONDON &** |
| San Diego, CA 92101 | **MILLEN LLC** |
| Tel: (619) 233-4565 | 2201 Waukegan Road, Suite 130 |
| cburke@scott-scott.com | Bannockburn, IL 60015 |
| | Tel: (224) 632-4500 |
| Thomas K. Boardman (*pro hac vice forthcoming*) | Fax: (224) 632-4521 |
| **SCOTT+SCOTT** | skanner@fklmlaw.com |
| **ATTORNEYS AT LAW LLP** | dmillen@fklmlaw.com |
| The Helmsley Building | bhogan@fklmlaw.com |

4

230 Park Avenue, 17th Floor  
New York, NY 10169  
Tel.: (212) 233-6444  
tboardman@scott-scott.com  

Joshua H. Grabar (*pro hac vice*)  
**GRABAR LAW OFFICE**  
1650 Market Street, Suite 3600  
Philadelphia, PA 19103  
Tel.: (267) 507-6085  
jgrabar@grabarlaw.com  

Marc H. Edelson (*pro hac vice*)  
**EDELSON LECHTZIN LLP**  
3 Terry Drive, Suite 205  
Newtown, PA 18940  
Tel.: (215) 867-2399  
medelson@edelson-law.com  

*Counsel for Plaintiffs and the Proposed Class*

/s/ *Colette M. Willer*  
Colette M. Willer (IL Bar No. 6304298)  
Reed Smith LLP  
10 S. Wacker Drive, 40th Floor  
Chicago, IL 60606  
(Tel) 312-207-1000  
(Fax) 312-207-6400  
cwiller@reedsmith.com  

/s/ *Abram J. Ellis*  
Jeffrey H. Knox (pro hac vice)  
Abram J. Ellis (pro hac vice)  
Karen Porter (pro hac vice)  
Simpson Thacher & Bartlett LLP  
900 G Street, N.W.  
Washington, D.C. 20001  
(Tel) 202-636-5858  
(Fax) 202-636-5502  
Jeffrey.Knox@stblaw.com  
AEllis@stblaw.com  
Karen.Porter@stblaw.com  

*Attorneys for Defendants Deutsche Bank AG and*  
*Deutsche Bank Securities Inc.*

5

## **CERTIFICATE OF SERVICE**

      I, Anthony F. Fata, an attorney, hereby certify that on September 26, 2022, service of the foregoing document was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                                                   /s/ Anthony F. Fata
                                                                   Anthony F. Fata