**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE DEUTSCHE BANK SPOOFING LITIGATION | Case No. 1:20-cv-03638<br><br>Hon. Joan B. Gottschall |

**JOINT STATUS REPORT**

Plaintiffs Rock Capital Markets, LLC; Charles Herbert Proctor, III; Robert Charles Class A, L.P.; David Vecchione; Todd Rowan; and Atlantic Trading USA, LLC (collectively, "Plaintiffs") and Defendants Deutsche Bank AG; and Deutsche Bank Securities Inc. (collectively, "Defendants" and together with Plaintiffs, "Parties"), by and through counsel, pursuant to the Court's Order of September 29, 2022 (ECF No. 69), hereby submit this Joint Status Report:

1. On July 20, 2022, the Court "authorize[d] plaintiffs to conduct limited discovery consistent with the proposal in their supplemental memorandum" (ECF No. 61 at 7). Plaintiffs proposed conducting jurisdictional discovery to obtain:

> [P]re-existing, non-privileged documents furnished to or by the CFTC (and those in any related CME [Chicago Mercantile Exchange] and/or CBOT [Chicago Board of Trade] investigations) would be sought in discovery. To the extent Defendants' order and trade history is not in those files, the full record of Defendants' orders, trades and cancelations in CBOT Treasury and CME Eurodollar futures during 2013 also would be sought. *Id.* at 6.

2. On August 18, 2022, Plaintiffs served their First Set of Interrogatories Regarding Jurisdictional Discovery ("Interrogatories") and their First Set of Requests for the Production of Documents Regarding Jurisdictional Discovery ("Requests") to Defendants.

3. On August 18, 2022, and consistent with the above proposal and the Court ordered deadline to serve third-party subpoenas (ECF No. 69), Plaintiffs served a third-party subpoena on the CME Group, Inc. (the "CME"), seeking the "full record" of executed and unexecuted trades in

Eurodollar and/or U.S. Treasury Futures Contracts in 2013 and Defendants' end of day futures options, positions, and futures equivalent positions in Eurodollar and/or U.S. Treasury Futures Contracts in 2013.

4. On September 19, 2022, Defendants served Plaintiffs with responses and objections to the Interrogatories and Requests (the "Responses and Objections").

5. On September 19, 2022, Deutsche Bank Securities Inc. also made a production of 24 documents (860 pages) to Plaintiffs. Defendants assert that the production contains all "pre-existing, non-privileged documents" produced to the Commodity Futures Trading Commission ("CFTC") with respect to the allegations underlying the CFTC Order of June 18, 2020, *In re Deutsche Bank Sec. Inc.*, CFTC No. 20-17 (June 18, 2020) (the "CFTC Order") (ECF No. 61).

6. On October 6, 2022, the Parties met and conferred regarding the document production and the Responses and Objections. At that time, while reserving all rights to object to the third-party subpoena and while affirming the position to Plaintiffs that the CME subpoena was not endorsed by the Court's limited jurisdictional discovery order, Defendants requested further information regarding whether the CME intended to respond to Plaintiffs' subpoena, and what (if anything) was required by CME before it would respond to the subpoena. The Plaintiffs agreed to provide Defendants with that information. The Parties communicated separately in writing on October 21.

7. On October 26, 2022, Plaintiffs informed Defendants that the CME requested the following information in order to produce de-anonymized information with respect to the Parties: "1) the actual account number that was used to place the Globex/Open Outcry order; 2) the FCM associated with the account number; 3) the Tag 50 or Operator ID used to enter the order on Globex; and 4) executing firm used for entering the order onto Globex."

8. On November 2, 2022, while reserving all rights and without waiving any objections, Defendants informed Plaintiffs that they would make a good faith effort to determine whether the additional requested information was easily accessible within their systems.

9. It is Defendants' position that their September 19, 2022 production contained a list of Defendants' traders, Tag 50s, and account IDs that was previously produced to the CFTC. Defendants further contend that to the extent the additional information the CME requested on October 26, 2022 was not contained in the production, that is indicative of the fact that the information was not otherwise produced to the CFTC in connection with the investigation into the allegations underlying the CFTC Order.

10. To date, Defendants have not supplemented the information requested by the CME, specifically "1) the actual account number that was used to place the Globex/Open Outcry order; 2) the FCM associated with the account number;" and 3) "executing firm used for entering the order onto Globex."

11. Plaintiffs' position is that Defendants' September 19 production is deficient. Plaintiffs' assert that while Defendants' production flagged at least 34 traders with spoofing alerts in CBOT Treasury and CME Eurodollar futures during 2013, Defendants produced transaction data for only two traders. Plaintiffs assert that consistent with the Court-ordered jurisdictional discovery and Plaintiffs' Consolidated Class Action Complaint (ECF No. 40 at ¶ 79) (alleging broader spoofing and market manipulation by Defendants beyond the two traders mentioned in the CFTC Order), Plaintiffs' subpoena to the CME will supplement Defendants' September 19 production and provide "the full record of Defendants' orders, trades and cancelations in CBOT Treasury and CME Eurodollar futures during 2013" (ECF No. 61 at 6).

12. Plaintiffs' position is that the Interrogatories and Requests are consistent with the Court's Order (ECF No. 61) and those laid out in in their Supplemental Briefing (ECF No. 50) and

Defendants should respond accordingly. Plaintiffs propose that the Court require Defendants to provide the identifying information requested by Plaintiffs' Interrogatories within 14 days so that the CME may provide de-anonymized information with respect to the Plaintiffs' subpoena. Pursuant to the Court's July 20 Order, Plaintiffs further propose that the Court set a deadline for the completion of limited jurisdictional discovery for sixty (60) days after the CME's production. The Plaintiffs believe that they can propose a "date certain" (ECF No. 69) by December 14, 2022, for the close of limited jurisdictional discovery and the filing of an amended complaint.

13. It is Defendants' position that the trading data for only two traders is required, since these are the only two traders identified in the CFTC Order and which form the basis for Plaintiffs' claims. It is Defendants' position that they have fulfilled their obligations in the Court's Order for Jurisdictional Discovery. Defendants note that Plaintiffs did not ask for, and the Court did not order, additional interrogatories or requests beyond those laid out in in their Supplemental Briefing (ECF No. 50).

14. Defendants propose that, as of November 14, 2022, jurisdictional discovery is closed, such that, pursuant to the Parties' Joint Limited Discovery Plan, the Plaintiffs' deadline to file any amended complaint is December 14, 2022.

15. Accordingly, the Parties are at an impasse and request further guidance from the Court regarding jurisdictional discovery.

Dated: November 14, 2022                  Respectfully submitted,

/s/ *Vincent Briganti*                      /s/ *Anthony F. Fata*
Vincent Briganti (*pro hac vice*)            Anthony F. Fata
Raymond P. Girnys (*pro hac vice*)          Anthony E. Maneiro
Peter A. Barile III (*pro hac vice*)           **KIRBY McINERNEY LLP**
**LOWEY DANNENBERG P.C.**         211 West Wacker Drive, Suite 550
44 South Broadway, Suite 1100          Chicago, IL 60606
White Plains, NY 10601                Tel.: (312) 767-5180
Telephone: (914) 997-0500             Afata@kmllp.com

vbriganti@lowey.com
rgirnys@lowey.com
pbarile@lowey.com

Nicole A. Maruzzi (*pro hac vice*)
**LOWEY DANNENBERG P.C.**
265 Franklin St. #1702
Boston, MA 02110
Telephone: (617) 702-3413
nmaruzzi@lowey.com

George A. Zelcs
Randall P. Ewing, Jr.
Chad E. Bell
**KOREIN TILLERY LLC**
205 North Michigan Plaza, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
gzelcs@koreintillery.com
rewing@koreintillery.com
cbell@koreintillery.com

Christopher M. Burke
**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
cburke@scott-scott.com

Thomas K. Boardman (*pro hac vice forthcoming*)
**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 233-6444
tboardman@scott-scott.com

Amaneiro@kmllp.com

Karen M. Lerner (*pro hac vice*)
David E. Kovel (*pro hac vice*)
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Tel.: (212) 371-6600
Klerner@kmllp.com
Dkovel@kmllp.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Jennifer W. Sprengel
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
jsprengel@caffertyclobes.com

Steven A. Kanner
Douglas A. Millen
Brian M. Hogan
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
skanner@fklmlaw.com
dmillen@fklmlaw.com
bhogan@fklmlaw.com

Joshua H. Grabar (*pro hac vice*)
**GRABAR LAW OFFICE**
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (267) 507-6085
jgrabar@grabarlaw.com

5

Marc H. Edelson (*pro hac vice*)
**EDELSON LECHTZIN LLP**
3 Terry Drive, Suite 205
Newtown, PA 18940
Tel.: (215) 867-2399
medelson@edelson-law.com

*Counsel for Plaintiffs and the Proposed Class*

/s/ *Colette M. Willer*
Colette M. Willer (IL Bar No. 6304298)
Reed Smith LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
(Tel) 312-207-1000
(Fax) 312-207-6400
cwiller@reedsmith.com

/s/ *Abram J. Ellis*
Jeffrey H. Knox (pro hac vice)
Abram J. Ellis (pro hac vice)
Karen Porter (pro hac vice)
Simpson Thacher & Bartlett LLP
900 G Street, N.W.
Washington, D.C. 20001
(Tel) 202-636-5858
(Fax) 202-636-5502
Jeffrey.Knox@stblaw.com
AEllis@stblaw.com
Karen.Porter@stblaw.com

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*