# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Rock Capital Markets, LLC, et al.

                                      Plaintiff,

v.                                                               Case No.: 1:20−cv−03638
                                                                                   Honorable Joan B. Gottschall

Deutsche Bank Securities Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 17, 2022:

       MINUTE entry before the Honorable Joan B. Gottschall: Enter order regarding the parties' joint status report [71] filed 11/14/2022. In accordance with the order, any discovery motions will be briefed as follows (all dates inclusive): motions due: November 22, 2022; response due: December 1, 2022. If the parties reach an agreement obviating the need for motion practice, they must so inform the court by and including November 22, 2022. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.