**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE DEUTSCHE BANK SPOOFING LITIGATION | Case No. 1:20-cv-03638<br><br>Hon. Joan B. Gottschall |

**JOINT STATUS REPORT**

Plaintiffs Rock Capital Markets, LLC; Charles Herbert Proctor, III; Robert Charles Class A, L.P.; David Vecchione; Todd Rowan; and Atlantic Trading USA, LLC (collectively, "Plaintiffs") and Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. (collectively, "Defendants" and together with Plaintiffs, "Parties"), by and through counsel, pursuant to the Court's Order of November 17, 2022 (ECF No. 73), hereby submit this Joint Status Report:

1. On November 14, 2022, the Parties submitted a Joint Status Report informing the Court that the Parties were "at an impasse and request[ed] further guidance from the Court regarding jurisdictional discovery." ECF No. 71 ¶ 15.

2. On November 17, 2022, the Court entered an order providing that "the parties must meet and confer in accordance with Federal Rule of Civil Procedure 37(a)(1) and Local Rule 37.2" and that "[i]f the parties reach an agreement obviating the need for motion practice, they must so inform the court by and including November 22, 2022." ECF No. 73 at 2.

3. On November 21, 2022, the Parties met and conferred telephonically. Defendants have agreed to produce information responsive to Plaintiffs' First Set of Interrogatories Regarding Jurisdictional Discovery and, for the absence of doubt, will not limit the responsive information to only the two (2) traders identified in the CFTC Order.

4. Defendants expect to produce the responsive information within several weeks and will update Plaintiffs about an expected production date as soon as possible. Once the responsive information is received, Plaintiffs will submit the information to enable the CME to provide de-anonymized information in response to Plaintiffs' subpoena.

5. The Parties propose submitting an updated joint status report to the Court on January 5, 2023 and providing an update on jurisdictional discovery at that time.

Dated: November 22, 2022                                    Respectfully submitted,

| | |
|---|---|
| */s/ Vincent Briganti* | */s/ Anthony F. Fata* |
| Vincent Briganti (*pro hac vice*) | Anthony F. Fata |
| Raymond P. Girnys (*pro hac vice*) | Anthony E. Maneiro |
| Peter A. Barile III | **KIRBY McINERNEY LLP** |
| **LOWEY DANNENBERG P.C.** | 211 West Wacker Drive, Suite 550 |
| 44 South Broadway, Suite 1100 | Chicago, IL 60606 |
| White Plains, NY 10601 | Tel.: (312) 767-5180 |
| Telephone: (914) 997-0500 | Afata@kmllp.com |
| vbriganti@lowey.com | Amaneiro@kmllp.com |
| rgirnys@lowey.com | |
| pbarile@lowey.com | Karen M. Lerner (*pro hac vice*) |
| | David E. Kovel (*pro hac vice*) |
| Nicole A. Maruzzi (*pro hac vice*) | **KIRBY McINERNEY LLP** |
| **LOWEY DANNENBERG P.C.** | 250 Park Avenue, Suite 820 |
| 265 Franklin St. #1702 | New York, NY 10177 |
| Boston, MA 02110 | Tel.: (212) 371-6600 |
| Telephone: (617) 702-3413 | Klerner@kmllp.com |
| nmaruzzi@lowey.com | Dkovel@kmllp.com |

                                                            *Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

| | |
|---|---|
| George A. Zelcs | Jennifer W. Sprengel |
| Randall P. Ewing, Jr. | **CAFFERTY CLOBES MERIWETHER &** |
| Chad E. Bell | **SPRENGEL LLP** |
| **KOREIN TILLERY LLC** | 135 S. LaSalle, Suite 3210 |
| 205 North Michigan Plaza, Suite 1950 | Chicago, IL 60603 |
| Chicago, IL 60601 | Telephone: (312) 782-4880 |
| Telephone: (312) 641-9750 | Facsimile: (312) 782-4485 |
| Facsimile: (312) 641-9751 | jsprengel@caffertyclobes.com |
| gzelcs@koreintillery.com | |
| rewing@koreintillery.com | |
| cbell@koreintillery.com | |

| | |
|---|---|
| Christopher M. Burke<br>**SCOTT+SCOTT<br>ATTORNEYS AT LAW LLP**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Tel: (619) 233-4565<br>cburke@scott-scott.com<br><br>Thomas K. Boardman (*pro hac vice forthcoming*)<br>**SCOTT+SCOTT<br>ATTORNEYS AT LAW LLP**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Tel.: (212) 233-6444<br>tboardman@scott-scott.com | Steven A. Kanner<br>Douglas A. Millen<br>Brian M. Hogan<br>**FREED KANNER LONDON &<br>MILLEN LLC**<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel: (224) 632-4500<br>Fax: (224) 632-4521<br>skanner@fklmlaw.com<br>dmillen@fklmlaw.com<br>bhogan@fklmlaw.com<br><br>Joshua H. Grabar (*pro hac vice*)<br>**GRABAR LAW OFFICE**<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel.: (267) 507-6085<br>jgrabar@grabarlaw.com<br><br>Marc H. Edelson (*pro hac vice*)<br>**EDELSON LECHTZIN LLP**<br>3 Terry Drive, Suite 205<br>Newtown, PA 18940<br>Tel.: (215) 867-2399<br>medelson@edelson-law.com<br><br>*Counsel for Plaintiffs and the Proposed Class* |
| */s/ Colette M. Willer*<br>Colette M. Willer (IL Bar No. 6304298)<br>Reed Smith LLP<br>10 S. Wacker Drive, 40th Floor<br>Chicago, IL 60606<br>(Tel) 312-207-1000<br>(Fax) 312-207-6400<br>cwiller@reedsmith.com | */s/ Abram J. Ellis*<br>Jeffrey H. Knox (pro hac vice)<br>Abram J. Ellis (pro hac vice)<br>Karen Porter (pro hac vice)<br>Simpson Thacher & Bartlett LLP<br>900 G Street, N.W.<br>Washington, D.C. 20001<br>(Tel) 202-636-5858<br>(Fax) 202-636-5502<br>Jeffrey.Knox@stblaw.com<br>AEllis@stblaw.com<br>Karen.Porter@stblaw.com<br><br>*Attorneys for Defendants Deutsche Bank AG and<br>Deutsche Bank Securities Inc.* |