## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Rock Capital Markets, LLC, et al.

                                            Plaintiff,

v.                                                                            Case No.: 1:20−cv−03638
                                                                           Honorable Joan B. Gottschall

Deutsche Bank Securities Inc., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 22, 2022:

      MINUTE entry before the Honorable Joan B. Gottschall: The parties jointly report [74] that they reached an agreement concerning the scope of jurisdictional discovery at their meet and confer session held 11/21/2022. Counsel's efforts to resolve their dispute without resorting to motion practice are appreciated. As the parties propose, the next status report is due on or before 1/5/2023. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.