**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE DEUTSCHE BANK SPOOFING LITIGATION | Case No. 1:20-cv-03638<br><br>Hon. Joan B. Gottschall |

**JOINT STATUS REPORT**

Plaintiffs Rock Capital Markets, LLC; Charles Herbert Proctor, III; Robert Charles Class A, L.P.; David Vecchione; Todd Rowan; and Atlantic Trading USA, LLC (collectively, "Plaintiffs") and Defendants Deutsche Bank AG and Deutsche Bank Securities Inc. (collectively, "Defendants" and together with Plaintiffs, "Parties"), by and through counsel, pursuant to the Court's Order of November 22, 2022 (ECF No. 75), hereby submit this Joint Status Report:

1. On November 22, 2022, the Parties submitted a Joint Status Report informing the Court that Defendants "agreed to produce information responsive to Plaintiffs' First Set of Interrogatories Regarding Jurisdictional Discovery and, for the absence of doubt, will not limit the responsive information to only the two (2) traders identified in the CFTC Order." ECF No. 74 ¶ 3. The Parties further informed the Court that "Defendants expect to produce the responsive information within several weeks" and "[o]nce the responsive information is received, Plaintiffs will submit the information to enable the CME to provide de-anonymized information in response to Plaintiffs' subpoena." ECF No. 74 ¶ 4.

2. On January 3, 2023, Defendants produced information responsive to Plaintiffs' First Set of Interrogatories Regarding Jurisdictional Discovery. Plaintiffs are in the process of reviewing Defendants' production.

3. Plaintiffs submitted the responsive information to the CME Group, Inc. ("CME") on January 4, 2023 to enable the CME to provide de-anonymized information in response to Plaintiffs' subpoena.

4. Plaintiffs anticipate that the CME will produce the full record of executed and unexecuted trades in Eurodollar and U.S. Treasury Futures Contracts in 2013 within ninety (90) days of receipt of the responsive information.

5. The Parties propose submitting an updated joint status report to the Court on April 5, 2023 and providing an update on jurisdictional discovery at that time.

Dated: January 5, 2023

Respectfully submitted,

/s/ Vincent Briganti
Vincent Briganti (*pro hac vice*)
Raymond P. Girnys (*pro hac vice*)
Peter A. Barile III
**LOWEY DANNENBERG P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
rgirnys@lowey.com
pbarile@lowey.com

Nicole A. Maruzzi (*pro hac vice*)
**LOWEY DANNENBERG P.C.**
265 Franklin St. #1702
Boston, MA 02110
Telephone: (617) 702-3413
nmaruzzi@lowey.com

/s/ Anthony F. Fata
Anthony F. Fata
Anthony E. Maneiro
**KIRBY McINERNEY LLP**
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Tel.: (312) 767-5180
afata@kmllp.com
amaneiro@kmllp.com

Karen M. Lerner (*pro hac vice*)
David E. Kovel (*pro hac vice*)
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Tel.: (212) 371-6600
klerner@kmllp.com
dkovel@kmllp.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

George A. Zelcs
Randall P. Ewing, Jr.
Chad E. Bell
**KOREIN TILLERY LLC**
205 North Michigan Plaza, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751
gzelcs@koreintillery.com

Jennifer W. Sprengel
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
jsprengel@caffertyclobes.com

rewing@koreintillery.com
cbell@koreintillery.com

Christopher M. Burke
**KOREIN TILLERY LLC**
707 Broadway, Suite 1410 San Diego, CA 92101
Tel: (619) 625.5621
cburke@koreintillery.com

Thomas K. Boardman (*pro hac vice forthcoming*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 233-6444
tboardman@scott-scott.com

Steven A. Kanner
Douglas A. Millen
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
skanner@fklmlaw.com
dmillen@fklmlaw.com

Joshua H. Grabar (*pro hac vice*)
**GRABAR LAW OFFICE**
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (267) 507-6085
jgrabar@grabarlaw.com

Marc H. Edelson (*pro hac vice*)
**EDELSON LECHTZIN LLP**
3 Terry Drive, Suite 205
Newtown, PA 18940
Tel.: (215) 867-2399
medelson@edelson-law.com

*Counsel for Plaintiffs and the Proposed Class*

*/s/ Colette M. Willer*
Colette M. Willer (IL Bar No. 6304298)
Reed Smith LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
(Tel) 312-207-1000
(Fax) 312-207-6400
cwiller@reedsmith.com

*/s/ Abram J. Ellis*
Jeffrey H. Knox (pro hac vice)
Abram J. Ellis (pro hac vice)
Karen Porter (pro hac vice)
Simpson Thacher & Bartlett LLP
900 G Street, N.W.
Washington, D.C. 20001
(Tel) 202-636-5858
(Fax) 202-636-5502
Jeffrey.Knox@stblaw.com
AEllis@stblaw.com
Karen.Porter@stblaw.com

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*