# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Rock Capital Markets, LLC, et al.

                                       Plaintiff,

v.                                                                                    Case No.: 1:20−cv−03638
                                                                                    Honorable Joan B. Gottschall

Deutsche Bank Securities Inc., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 6, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: The parties report [77] that jurisdictional discovery is proceeding. As the parties propose, the next status report is due on or before 4/5/2023. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.